429 A.2d 434

**COMMONWEALTH of Pennsylvania**

v.

**Manuel DIAZ, Petitioner.**

Supreme Court of Pennsylvania.

May 6, 1981.

### ORDER

PER CURIAM:

Judgment of non pros vacated and record remanded to the court of common pleas for consideration of petitioner's request for the appointment of counsel. Petitioner shall be permitted to appeal, as if timely filed, within thirty days of the trial court's disposition of the request for counsel.